QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:05-mj-00213 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE PRELIMINARY HEARING DATE AND ORDER THEREON |
| v. | ) ) | Date: November 21, 2005 |
| DARYN DURAN SMITH, | ) ) | Time: 10:30 A.M. Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, United States of America, through its representative, Kimberly A. Kelly, Assistant United States Attorney, and the defendant, Daryn Duran Smith, by and through his attorney, Assistant Federal Defender Francine Zepeda, that **the Preliminary Hearing in the above-captioned matter now set for October 28, 2005, may be continued to November 21, 2005. at the hour of 10:30 a.m., in the courtroom of the duty magistrate.**

The requested continuance is sought in the interest of justice pursuant to Fed.R.Crim.P. 5(a), to allow the defendant, who resides in Utah and will need two days to drive from his home to Fresno, California for the hearing, sufficient travel time to attend the hearing, and to allow the parties time to negotiate a pre-Indictment plea agreement.

///

1  Defendant is out of custody and made his initial appearance on October 23, 2005. Defendant
2  waives his right to a preliminary examination within twenty days of his initial appearance required by
3  Fed.R.Crim.P. 5(c).
4  The parties agree that the delay resulting from the continuance shall be excluded in the
5  interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
6  and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 27, 2005      By: /s/ Francine Zepeda with consent of
                                  KIMBERLY A. KELLY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: October 27, 2005      By: /s/ Francine Zepeda
                                  FRANCINE ZEPEDA
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  DARYN DURAN SMITH

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: October  28 , 2005

/s/ Oliver W. Wanger

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 6:05-mj-00213 |
| Plaintiff, ) | |
| v. ) | |
| DARYN DURAN SMITH, ) | |
| Defendant. ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On October 27, 2005, in addition and as a supplement to the electronic mail notice generated in the above-referenced matter, he/she personally served a copy of the original of the attached:

**STIPULATION TO CONTINUE PRELIMINARY HEARING DATE
AND [PROPOSED] ORDER THEREON**

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant United States Attorney
Federal Building, Room 3654
1130 O Street
Fresno, CA 93721

DATED: October 27, 2005

/s/ Agapita Betancourt
AGAPITA BETANCOURT

[Original signature of Agapita Betancourt
maintained in file of Francine Zepeda.]

Stipulation to Continue Preliminary
Hearing Date and Proposed Order Thereon         3