QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DARYN DURAN SMITH, <br> Defendant. | NO. 6:05-mj-00213 <br> WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT PRETRIAL PROCEEDINGS AND ORDER <br> Date:   November 21, 2005 <br> Time:   2:30 P.M. <br> Judge:  Hon. Sandra M. Snyder |

    The undersigned defendant, Daryn Duran Smith, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to preliminary hearing, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, and/or entry of plea, and requests the court to allow his attorney to represent him in court on that date, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter.  Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times,

1  specifically including the preliminary hearing/entry of plea hearing scheduled for November 21, 2005.  In
2  addition, defendant further agrees that notice to his attorney that his presence is required will be deemed
3  notice to him of the requirement of his appearance at said time and place.  This request is made pursuant
4  to Fed.R.Crim.P. 43(c)(2)and (3).
5      Mr. Smith makes this request because he resides in Salt Lake City, Utah.  Because of the time,
6  distance and expense involved, travel to Fresno for court appearances would be both a financial and
7  personal hardship and Mr. Smith wishes to limit the number of personal court appearances and
8  minimize the time and expense of travel to court.
9      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th
10  day of November, 2005, at Salt Lake City, Utah.

                                        /s/ Daryn D. Smith
                                        Daryn Duran Smith, Defendant

AGREED BY COUNSEL:


 /s/ F. Zepeda
FRANCINE ZEPEDA                         [Original Signatures maintained in
Assistant Federal Defender                  file of Francine Zepeda.]
Attorney for Defendant


DATED: November  15 , 2005




                         **O R D E R**

IT IS SO ORDERED.

**Dated:   November 17, 2005**            /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Preliminary
Hearing Date and Proposed Order Thereon            2