1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DARYN DURAN SMITH

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:05-cr-00472 OWW
                                     )
12           Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING DATE AND ORDER
13     v.                            )   THEREON
                                     )
14  DARYN DURAN SMITH,               )   Date:   June 27, 2006
                                     )   Time:   9:00 A.M.
15           Defendant.              )   Judge:  Hon. Oliver W. Wanger
                                     )
16  _____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, that **the status conference hearing in the above-captioned matter now set for June 6, 2006,**

20  **may be continued to June 27, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-**

21  **entitled court.**

22         The continuance is at the request of defense counsel to provide her additional time for defense

23  preparation and further investigation, and to allow the parties additional time for plea negotiation.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2 interests of justice herein and for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A)

3 and 3161(h)(8)(B)(i) and (iv).

4                                                       McGREGOR W. SCOTT
                                                        United States Attorney
5

6 DATED: May 31, 2006                      By:   /s/  Kimberly A. Kelly
                                                        KIMBERLY A. KELLY
7                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff
8

9                                                       DANIEL J. BRODERICK
                                                        Acting Federal Public Defender
10

11 DATED: May 31, 2006                     By:   /s/ Francine Zepeda
                                                        FRANCINE ZEPEDA
12                                                      Assistant Federal Defender
                                                        Attorneys for Defendant
13                                                      DARYN DURAN SMITH

14

15

16                                    **O R D E R**

17       **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

18 3161(h)(8)(B)(i) and (iv).

19 IT IS SO ORDERED.

20 **Dated:    June 1, 2006**                      **/s/ Oliver W. Wanger**
   emm0d6                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing Date and Proposed Order Thereon            2