DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARYN DURAN SMITH, <br><br> Defendant. | NO. 1:05-cr-00472 OWW <br><br> WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT PRETRIAL PROCEEDINGS AND ORDER <br><br> Date:       July 25, 2006 <br> Time:       9:00 A.M. <br> Courtroom: The Honorable Oliver W. Wanger |

The undersigned defendant, Daryn Duran Smith, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to preliminary hearing, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, and/or entry of plea, and requests the court to allow his attorney to represent him in court on that date, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter.  Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times,

specifically including the status conference hearing scheduled for July 25, 2006. In addition, defendant further agrees that notice to his attorney that his presence is required will be deemed notice to him of the requirement of his appearance at said time and place. This request is made pursuant to Fed.R.Crim.P. 43(c)(2)and (3).

     Mr. Smith makes this request because he resides in Salt Lake City, Utah. Because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship and Mr. Smith wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

     I declare under penalty of perjury that the foregoing is true and correct. Executed this __19th__ day of July, 2006, at Salt Lake City, Utah.

                                  /S/ Daryn Duran Smith
                                Daryn Duran Smith, Defendant

AGREED BY COUNSEL:

/S/ Francine Zepeda
FRANCINE ZEPEDA                   [Original Signatures maintained in
Assistant Federal Defender            file of Francine Zepeda.]
Attorney for Defendant

DATED: July __20__, 2006

**O R D E R**

IT IS SO ORDERED.

**Dated:   July 21, 2006**             /s/ Oliver W. Wanger
emm0d6                            UNITED STATES DISTRICT JUDGE

Waiver of Defendant's Personal Appearance at Pretrial Proceedings
And [Proposed] Order                          2