DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARYN DURAN SMITH, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-00472 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON <br><br> Date:  August 29, 2006 <br> Time:  9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for August 1, 2006, may be continued to August 29, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel because she is scheduled to be out of her office on August 1, 2006, the date now set for hearing, and to allow the parties additional time for plea negotiation.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: July 26, 2006        By:  /s/ Kimberly A. Kelly
        KIMBERLY A. KELLY
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: July 26, 2006        By:  /s/ Francine Zepeda
        FRANCINE ZEPEDA
        Assistant Federal Defender
        Attorneys for Defendant
        DARYN DURAN SMITH

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: July 29, 2006**        /s/ Oliver W. Wanger
emm0d6        UNITED STATES DISTRICT JUDGE