DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00472 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING |
| v. | ) ) | DATE AND ORDER THEREON |
| DARYN DURAN SMITH, | ) ) | Date: November 13, 2006 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-captioned matter now set for November 6, 2006, may be continued to November 13, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

This continuance is sought at the request of counsel for defendant to allow additional time for case preparation.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice herein and for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A)
3   and 3161(h)(8)(B)(i) and (iv).

            McGREGOR W. SCOTT
            United States Attorney

DATED: November 1, 2006        By:   /s/  Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Federal Public Defender


DATED: November 1, 2006        By:   /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     DARYN DURAN SMITH


## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

            IT IS SO ORDERED.

**Dated:   November 7, 2006**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference/Change
of Plea Hearing Date and Proposed Order Thereon        2