DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYN DURAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00472 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL SCHEDULE; ORDER |
| v. | ) Trial Confirmation: |
| DARYN DURAN SMITH, | )   Date:   April 30, 2007 )   Time:   9:00 A.M. |
| Defendant. | ) Trial: )   Date:   May 15, 2007   Time:  9:00 A.M. |
| | ) Honorable Oliver W. Wanger |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, that the trial schedule in the above-captioned matter may be re-set as follows: **motions *in limine***

**shall be due April 9, 2007, with responses due April 23, 2007; the trial confirmation hearing now set**

**for March 13, 2007, may  be continued to April 30, 2007, at 9:00 A.M., and the trial now scheduled**

**for March 27, 2007, may be continued to May 15, 2007, at 9:00 A.M. in Courtroom Three of the**

**above-entitled Court.**

    This continuance is sought at the request of counsel for numerous reasons.  The assigned

Assistant United States Attorney Kimberly Sanchez, is currently out of the office on leave and not

scheduled to return until early April.  Upon her return, she has trials scheduled on April 17, and May 1,

2007. Additionally, counsel for the defendant requires further time for consultation with her client and

preparation for trial.  Defense counsel is not available the first and fourth weeks of April and with the

1   unavailability of the AUSA on other dates, May 15, 2007, was the first available date for this trial.

2       The parties agree that the delay resulting from the continuance shall be excluded in the interests

3   of justice herein and for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

4   3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

/s/  Steven M. Crass for
DATED:  February 22, 2007     By:   Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED:  February 22, 2007     By:  /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
DARYN DURAN SMITH

### O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3161(h)(8)(B)(i) and (iv).

      IT IS SO ORDERED.

**Dated:  March 6, 2007**         **/s/ Oliver W. Wanger**
emm0d6          UNITED STATES DISTRICT JUDGE