1    DANIEL J. BRODERICK, Bar #89424
Federal Defender
2    FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3    Designated Counsel for Service
2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
Telephone: (559) 487-5561
5

Attorney for Defendant
6    DARYN DURAN SMITH

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )   NO. 1:05-cr-00472 OWW
                                )
12             Plaintiff,    )   WAIVER OF DEFENDANT'S PERSONAL
                                )   APPEARANCE AT PRETRIAL PROCEEDINGS
13      v.                 )   AND ORDER
                                  )
14   DARYN DURAN SMITH,         )   Date:    April 23, 2007
                                  )   Time:   9:00 A.M.
15           Defendant.    )   Courtroom: The Honorable Oliver W. Wanger
                                  )
16   _____)

17

18          The undersigned defendant, Daryn Duran Smith, having been advised of his right to be present at

19   all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to

20   be confronted by and to cross-examine all witnesses, to present evidence in his own defense, to litigate all

21   issues by either jury or court trial, hereby waives his right to be present in person in open court upon the

22   hearing of any motion or other pre-trial proceeding in this cause, including but not limited to preliminary

23   hearing, status conference, motions hearing, when the case is ordered set for trial, when a continuance is

24   ordered, and/or entry of plea, and requests the court to allow his attorney to represent him in court on that

25   date, defendant having specifically given said attorney prior verbal authorization to make such appearance

26   on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's

27   matter.  Defendant further hereby requests the court to proceed during every absence of his which the court

28   may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times,

specifically including the status conference hearing scheduled for April 23, 2007.  In addition, defendant further agrees that notice to his attorney that his presence is required will be deemed notice to him of the requirement of his appearance at said time and place, agrees that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv), **and specifically agrees to appear in court on June 11, 2007, for trial confirmation/motions hearing, and on June 26, 2007, for trial on the charges herein, and agrees that these dates are reasonable dates on which to proceed**. This request is made pursuant to Fed.R.Crim.P. 43(c)(2)and (3).

Mr. Smith makes this request because he resides in Salt Lake City, Utah.  Because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship and Mr. Smith wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  26th  day of   April    , 2007, at Salt Lake City, Utah.

/s/  Daryn D. Smith
DARYN DURAN SMITH, Defendant

AGREED BY COUNSEL:


/s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
DATED:   5/01          , 2007




IT IS SO ORDERED.

**Dated:   May 8, 2007**                  **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE


Waiver of Defendant's Personal Appearance
at Pretrial Proceedings And Order              2