PROB 35A

**ORDER TERMINATING TERM OF
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                           )<br>)<br>**DARYN DURAN SMITH**                )<br>) | **Docket Number:  1:05CR00472-01 OWW** |

On December 3, 2007, the above-named was placed on Probation for a period of 24 months, subsequent to his guilty plea to Possession With the Intent to Distribute Marijuana.

As the defendant was a resident of Utah, supervision of this case was transferred to the U.S. Probation Office in Salt Lake City. On September 22, 2008, this office was notified by District of Utah USPO Klemo, that the probationer died on September 13, 2008. The death was verified by certifying physician, Ronald E. Brown. Attached is a copy of the death certificate.

Numerous attempts have been made through the District of Utah Probation Office and the Salt Lake County Vital Records office in Salt Lake City, Utah, to obtain a certified copy of the death certificate, to no avail. The probation officer in the District of Utah referred this probation officer to the parents of the deceased, however, attempts to contact the parents have been repeatedly unsuccessful. A representative at the Vital Records office in Salt Lake County informed this probation officer they do not provide copies of death certificates to anyone  but

**Re:     Daryn Smith
          Docket Number:   1:05CR00472-01
          ORDER TERMINATING TERM OF SUPERVISED RELEASE
          PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

verified family members. It is accordingly recommended this case be closed. If the Court has any questions please feel free to contact me at 499-5724.

                              Respectfully submitted,

                              /s/ Leighann Milford
                              **LEIGHANN L. MILFORD
                              Senior United States Probation Officer**

Dated:        May 27, 2009
              Fresno, California
              LLM

**REVIEWED BY:**      /s/ John Hatfield
                      **JOHN R. HATFIELD
                      Supervising United States Probation Officer**

2

**Re:    Daryn Smith**
       **Docket Number:   1:05CR00472-01**
       **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

## ORDER OF COURT

It appearing that Probationer, DARYN DURAN SMITH is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

**Dated:   May 29, 2009**                          **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

3